| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MASTERSON MARKETING, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KSL RECREATION CORPORATION, et al.<br><br>Defendants. | CASE NO. 02cv02028-L (CAB)<br><br>**ORDER EXCUSING THE E & H DEFENDANTS' REPRESENTATIVE FROM PERSONALLY APPEARING AT THE MANDATORY SETTLEMENT CONFERENCE TO BE HELD ON JANUARY 2, 2007**<br><br>[Doc. No. 221] |

Having reviewed the parties' Joint Motion Requesting that the E & H Defendants' Representative be Excused from Personally Appearing at the Mandatory Settlement Conference to be held on January 2, 2007, the Joint Motion is GRANTED. Accordingly, IT IS HEREBY ORDERED:

The requirements of Local Civil Rule 16.3, and the Third Revised Case Management Order Regulating Discovery and other Pretrial Proceedings dated October 26, 2006, are waived to the extent they require the party representative for the E & H Defendants personally to appear and attend the mandatory settlement conference to be conducted on January 2, 2007, at 2:00 p.m.

The party representative for the E & H Defendants is excused from personally appearing at the mandatory settlement conference to be conducted on January 2, 2007, at 2:00 p.m. The party representative for the E & H Defendants shall instead be available to the court and the parties by telephone if necessary.

The principal attorney for the E & H Defendants shall be present, and legally and factually prepared to discuss and resolve the case at the mandatory settlement conference, in accordance with

Local Civil Rule 16.3 and the Third Revised Case Management Order Regulating Discovery and other Pretrial Proceedings dated October 26, 2006.

DATED:  December 28, 2006

**CATHY ANN BENCIVENGO**
United States Magistrate Judge